UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Patricia Bracy,<br><br>                  Plaintiff,<br><br>– against–<br><br>Credit First, National Association and Equifax Information Services, LLC,<br><br>                  Defendant(s). | Civil Action No. 1:20-cv-908-SO<br><br>**NOTICE OF DISMISSAL OF DEFENDANT CREDIT FIRST, N.A.** |

Plaintiff Patricia Bracy hereby gives notice to the court and the parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), that this Complaint is dismissed as it relates to defendant Credit First, National Association only, at Plaintiff's cost.

**Law Offices of Robert S. Gitmeid & Associates, PLLC**

By: /s/ Thomas G. Widman
Thomas G. Widman, Esq. (Bar No. 0059259)
30 Wall Street, 8th Floor #741
New York, NY 10005
Tel: (866) 249-1137
E-mail: thomas.w@gitmeidlaw.com
*Attorneys for Plaintiff*

1