## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| Patricia Bracy, | |
| Plaintiff, | Civil Action No. 1:20-cv-908-SO |
| – against– | Judge Solomon Oliver, Jr. |
| Credit First, National Association and Equifax Information Services, LLC, | **NOTICE OF SETTLEMENT AND MOTION TO VACATE DEADLINES/CASE MANAGEMENT CONFERENCE** |
| Defendant(s). | |

The remaining active parties (Plaintiff Patricia Bracy and Defendant Equifax Information Services LLC) respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing settlement documents and Stipulated Dismissal. The parties intend to file the Stipulated Dismissal as soon as practicable, but respectfully request that the parties be given 60 days to file the said Stipulated Dismissal. Accordingly, the parties respectfully request that the Court vacate all deadlines and that the Case Management Conference scheduled for October 20, 2020 at 2:30 p.m. be vacated.

**Law Offices of Robert S. Gitmeid & Associates, PLLC**

By: /s/ Thomas G. Widman
Thomas G. Widman
*Attorneys for Plaintiff*

**Carpenter Lipps & Leland LLP**

By: /s/ Tyler K. Ibom
Tyler K. Ibom
*Attorneys for Defendant Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO, EASTERN DIVISION**

Patricia Bracy,

                    Plaintiff,

      – against–

Credit First, National Association and
Equifax Information Services, LLC,

                Defendant(s).

Civil Action No. 1:20-cv-908-SO

Judge Solomon Oliver, Jr.

**ORDER VACATING**
**DEADLINES/CASE**
**MANAGEMENT CONFERENCE**

Upon consideration of Plaintiff Patricia Bracy and Defendant Equifax Information Services LLC's Notice of Settlement in Principle and Motion to Vacate All Deadlines and Case Management Conference, it is hereby

ORDERED that said Motion to Vacate All Deadlines and Case Management Conference is GRANTED; and it is

ORDERED that the parties have up to and including December 9, 2020, to file a Stipulation of Dismissal; and it is

FURTHER ORDERED that all deadlines in the above-captioned case are hereby vacated and the Case Management Conference scheduled for October 20, 2020 at 2:30 p.m. is hereby vacated.

_____
SOLOMON OLIVER, JR
UNITED STATES DISTRICT JUDGE