# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| PATRICIA BRACY<br><br>Plaintiff,<br><br>– against–<br><br>CREDIT FIRST, N.A. and EQUIFAX INFORMATION SERVICES, LLC<br><br>Defendant(s). | Judge Solomon Oliver, Jr.<br><br>Civil Action No.: 1:20-cv-908-SO<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff Patricia Bracy and Defendant Equifax Information Services, LLC hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice, with each party bearing that party's respective attorney's fees and costs.

/s/ Thomas G. Widman
Thomas G. Widman, Esq. (Bar No. 0059259)
Law Offices of Robert S. Gitmeid & Associates, PLLC
30 Wall Street, 8th Floor #741
New York, NY 10005
Tel: (866) 249-1137
E-mail: thomas.w@gitmeidlaw.com
Attorneys for Plaintiff

/s/ Tyler Ibom
David A. Wallace/Tyler Ibom
Carpenter Lipps & Leland LLP
280 North High Street, Suite 1300
Columbus, OH 43215
614-365-4100 Telephone
wallace@carpenterlipps.com
ibom@carpenterlipps.com
Attorneys for Defendant Equifax Information Services LLC