# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| PATRICIA BRACY<br><br>    Plaintiff,<br><br>– against–<br><br>CREDIT FIRST, N.A. and EQUIFAX INFORMATION SERVICES, LLC<br><br>    Defendant(s). | Judge Solomon Oliver, Jr.<br><br>Civil Action No.: 1:20-cv-908-SO<br><br>**STIPULATION OF DISMISSAL**<br><br>  **IT IS SO ORDERED.**<br>  /s/ Solomon Oliver, Jr.<br>  United States District Judge<br>  12/23/2020 |

  Plaintiff Patricia Bracy and Defendant Equifax Information Services, LLC hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice, with each party bearing that party's respective attorney's fees and costs.

           /s/ Thomas G. Widman
           Thomas G. Widman, Esq. (Bar No. 0059259)
           Law Offices of Robert S. Gitmeid & Associates, PLLC
           30 Wall Street, 8th Floor #741
           New York, NY 10005
           Tel: (866) 249-1137
           E-mail: thomas.w@gitmeidlaw.com
           Attorneys for Plaintiff

           /s/ Tyler Ibom
           David A. Wallace/Tyler Ibom
           Carpenter Lipps & Leland LLP
           280 North High Street, Suite 1300
           Columbus, OH 43215
           614-365-4100 Telephone
           wallace@carpenterlipps.com
           ibom@carpenterlipps.com
           Attorneys for Defendant Equifax Information Services LLC